AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

---- OFFENSE CHARGED ----

21 U.S.C. § 844(a) - Possession of a Controlled Substance (Class A Misdemeanor)

E-filing

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

PENALTY:
Maximum Prison Term: 1 year
Maximum Fine: $100,000
Minimum Fine: $1,000
Maximum Supervised Release Term: 1 year
Mandatory Special Assessment Fee: $25

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED JUL 10 2008 P12 47
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---- DEFENDANT - U.S ----

▶ VLADIMIR BORODKIN

DISTRICT COURT NUMBER

CR 08 0457 MAG

---- PROCEEDING ----

Name of Complainant Agency, or Person (& Title, if any)

United States Park Police, Department of Interior

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   WENDY M. THOMAS

---- DEFENDANT ----

IS NOT IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction  } ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

E-filing

FILED
2008 JUL 10 P 12 47
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. 08 045 |
| --- | --- |
| Plaintiff, | ) VIOLATION: Title 21, United States Code, Section 844(a) - Possession of a Controlled Substance (Class A Misdemeanor) |
| v. | ) SAN FRANCISCO VENUE |
| VLADIMIR BORODKIN, | ) |
| Defendant. | ) |

MAG

## INFORMATION

The United States Attorney charges:

COUNT ONE: 21 U.S.C. § 844(a) - Possession of a Controlled Substance

On or about March 20, 2008, in the Northern District of California, the defendant,

VLADIMIR BORODKIN,

did knowingly and intentionally possess a controlled substance, to wit: a mixture or substance

//
//
//

INFORMATION

containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 844(a), a Class A misdemeanor.

DATED: July 8, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

KYLE WALDINGER
Deputy Chief, Major Crimes Section

(Approved as to form: _____ )
WENDY THOMAS
Special Assistant United States Attorney

INFORMATION