JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone:    (415) 436-6809
    Fax:    (415) 436-7234
    Email: wendy.thomas@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 08-0457 MAG |
| Plaintiff, | ) | |
| v. | ) | **DECLARATION OF KEVIN ROONEY IN SUPPORT OF UNITED STATES' MOTION FOR SUMMONS** |
| VLADIMIR BORODKIN, | ) | |
| Defendant. | ) | |

I, Kevin Rooney, hereby declare as follows:

1. I am a law clerk in the United States Attorney's Office assigned to the prosecution of this case. I have received the following information from a United States Park Police officer and from reports and other documents provided to me by the United States Park Police.

2. On March 20, 2008, at approximately 10:30 p.m., United States Park Police Officer Gerald Michael ("Michael") was on patrol near the Fort Point entrance gate to the Presidio.

3. While on patrol, Michael observed a green Acura (California license plate number 4FXC428) parked illegally. Michael approached the vehicle to make contact with the driver, later identified as Hoa Vu ("Vu").

DECLARATION IN SUPPORT OF MOTION FOR SUMMONS
Case No. CR 08-0457 MAG

4. As Michael spoke with Vu, Michael detected the strong odor of burnt marijuana emanating from inside the vehicle. Michael also observed two other passengers in the vehicle, one in the front passenger seat and one in the right rear passenger seat. The individual in the front passenger seat was later identified as Dustin Hernandez ("Hernandez"), while the individual in the right rear passenger seat was later identified as Vladimir Borodkin ("Borodkin" or "the defendant").

5. Michael then asked the three passengers in the vehicle to exit the vehicle. When they did, Michael told them he could smell the burnt marijuana emanating from the vehicle and asked if they had any contraband on their persons. The defendant handed Michael a bag of approximately 2 grams of suspected marijuana. Michael then searched the defendant's person and found a small plastic bag containing approximately 0.4 grams of suspected cocaine in the defendant's right sock. Michael then placed the defendant under arrest and transported the defendant to United States Park Police facility at D-8 for processing.

6. The substance found in the bag in the defendant's right sock was sent to the Drug Enforcement Agency for laboratory analysis. A laboratory test performed on April 22, 2008, by Kacie Crother, Forensic Chemist for the Drug Enforcement Administration, on the suspected cocaine. The sample tested positive for cocaine hydrochloride.

7. I declare under penalty of perjury according to the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed July 10, 2008, at San Francisco, California.

/s/
KEVIN ROONEY
Law Clerk
United States Attorney's Office

DECLARATION IN SUPPORT OF MOTION FOR SUMMONS
Case No. CR 08-0457 MAG

-2-