JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 08-0457 MAG |
| Plaintiff, | ) | |
| v. | ) | **[PROPOSED] ORDER FOR SUMMONS** |
| VLADIMIR BORODKIN, | ) | |
| Defendant. | ) | |

Having reviewed the Declaration of Kevin Rooney, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendant, Vladimir Borodkin, 795 Pacific Avenue, San Francisco, California, 94133, to appear on August 11, 2008, at 9:30 a.m. before Magistrate Judge Joseph C. Spero to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: _____            _____
                                                              MARIA ELENA JAMES
                                                              United States Magistrate Judge

ORDER FOR SUMMONS
Case No. CR 08-0457 MAG