1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3
4 
5
6
7
8               UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                 SAN FRANCISCO DIVISION

11  UNITED STATES OF AMERICA,    )    Case No. CR 08-0457 MAG
                                 )
12        Plaintiff,             )
                                 )
13     v.                        )    [PROPOSED] ORDER FOR SUMMONS
                                 )
14  VLADIMIR BORODKIN,           )
                                 )
15        Defendant.             )
                                 )
16  ─────────────────────────────

17
       Having reviewed the Declaration of Kevin Rooney, the Court finds that probable cause exists
18
   to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P.
19
   58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendant, Vladimir
20
   Borodkin, ███████████████████████████████, to appear on August 11, 2008,
21
   at 9:30 a.m. before Magistrate Judge Joseph C. Spero to answer the Information that has been
22
   filed by the United States Attorney.
23

24
     IT IS SO ORDERED.
25
     Dated: 7-14-08
26
                                          ────────────────────────
27                                        MARIA ELENA JAMES
                                          United States Magistrate Judge
28

ORDER FOR SUMMONS
Case No. CR 08-0457 MAG