1  BARRY J. PORTMAN
   Federal Public Defender
2  ELIZABETH FALK
   Assistant Federal Public Defender
3  19th Floor Federal Building – Box 36106
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant BORODKIN
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         )  No. CR-08-00457 JCS
                                       )
12 |          Plaintiff,                )  STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶]
                                       )  ORDER CONTINUING STATUS
13 | vs.                                )  CONFERENCE
                                       )
14 | VLADIMIR BORODKIN,                 )
                                       )
15 |          Defendant.                )
   |_____)
16

17                          **STIPULATION**

18

19 The parties hereby stipulate and agree as follows:

20

21 1.  This case is currently pending before the Court on the Probation Form 12, requesting a

22     hearing to determine whether Mr. Borodkin's prejudgment probation should be revoked

23     pursuant to 18 U.S.C. § 3607;

24 2.  The primary basis for the petition is an allegation that Mr. Borodkin drove under the

25     influence of alcohol. There is an underlying state matter related to this allegation

26     currently pending in San Francisco Superior Court, Case No. 2427426;

Motion and Order for Continuance of Status
Conference                                              1

3. At the last calling of the case on August 28, 2009, the parties requested that the Court trail the instant federal matter until resolution was reached in the state case;

4. Defense counsel Elizabeth Falk has contacted the attorney representing Mr. Borodkin in the state case, San Francisco Public Defender Dustin Latka. He indicated that the matter is set for a motion to suppress and trial; that he refused to waive time, and the case will be added to the trial calendar (waiting for a courtroom) as of October 30, 2009. Based on his experience, he believes the case will proceed to trial no later than November 16, 2009;

5. The parties accordingly submit this stipulation, jointly requesting the Court to continue to allow the federal probation revocation petition to trail the underlying state matter. The parties jointly request December 11, 2009 at 10:30 a.m. as the next date, due to the following factors; 1) the parties are concerned that the state matter may not be resolved by November 20, 2009; 2) November 27, 2009 is likely to be a court holiday (the day after Thanksgiving) and 3) Ms. Senese, counsel for the government, is unavailable December 4, 2009 for a hearing;

6. United States Probation Officer Cris Taylor has been contacted by defense counsel, and has no objection continuing this matter to December 11, 2009. He continues to supervise Mr. Borodkin while this petition is pending, and all terms and conditions of Mr. Borodkin's probation remain in effect;

7. WHEREAS, the parties respectfully request the Court to continue this matter to December 11, 2009 at 10:30 a.m.

IT IS SO STIPULATED.

DATED: 10/21/09      _____/S/_____
                     ELIZABETH M. FALK
                     Assistant Federal Public Defender

Motion and Order for Continuance of Status
Conference                                    2

DATED: 10/21/09                         /S/
                                           ACADIA SENESE
                                           Assistant United States Attorney

### [PROPOSED] ORDER

Based upon the aforementioned representations of the parties, it is hereby ORDERED that a further status conference in this matter be set on December 11, 2009 at 10:30 a.m. The October 23, 2009 status conference is hereby VACATED.

DATED: 10/22/09

THE HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE COURT JUDGE

Motion and Order for Continuance of Status Conference        3